DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID JAMES SWIFT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-654

[February 16, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432018CF1057A.

W. Charles Fletcher, Jacksonville, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See State v. Gabriel*, 314 So. 3d 1243, 1246 (Fla. 2021) ("Based on our analysis of the text of the statute, we conclude that under section 921.0024(2), [Florida Statutes], the [lowest permissible sentence [("LPS")] is an individual minimum sentence where there are multiple convictions subject to sentencing on a single scoresheet.").

MAY, GERBER and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***